**Harry M. KATZ, M.D., Appellant,**

v.

**MISSOURI BOARD OF REGISTRATION FOR the HEALING ARTS, Respondent.**

**No. ED 83841.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 7, 2004.

Application for Transfer to Supreme Court Denied Oct. 14, 2004.

Application for Transfer Denied Nov. 23, 2004.

Vernon R. Dawdy, Fenton, MO, for appellant.

Glenn E. Bradford, Elizabeth M. Mirsepassi, Kansas City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., LAWRENCE G. CRAHAN, J., and MARY K. HOFF, J.

1. For purposes of judicial review, the decision of the Commission and the subsequent disciplinary order of the Missouri Board of Registration are treated as one decision. *Perez v.*

*ORDER*

PER CURIAM.

Harry M. Katz, M.D. ("Doctor") appeals the judgment of the trial court affirming the decision of the Administrative Hearing Commission and the Missouri Board of Registration for the Healing Arts (collectively "Commission").[1]

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).

*Missouri State Board of Registration for the Healing Arts,* 803 S.W.2d 160, 162 (Mo.App. 1991).